# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Jennifer Irene Brown,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:18-cv-00147-MOC |
| | ) | 5:15-cr-00050-MOC-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 27, 2018 Order.

September 27, 2018

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court